No. 360. ATLANTIC COAST LINE RAILROAD Co. *v.* CHANCE. C. A. 4th Cir. Certiorari denied. *Collins Denny, Jr., J. M. Townsend, M. V. Barnhill, Jr.* and *Charles Cook Howell* for petitioner. *Oliver W. Hill, Martin A. Martin* and *Spottswood W. Robinson, III* for respondent.

No. 361. JONIKAS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 362. NANCY ANN STORYBOOK DOLLS, INC. *v.* DOLLCRAFT COMPANY ET AL. C. A. 9th Cir. Certiorari denied. *William G. MacKay* for petitioner. *Oscar A. Mellin* and *Jack E. Hursh* for respondents.

No. 363. WALKER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Peter L. F. Sabbatino* and *Thomas J. Todarelli* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 369. UNITED STATES *v.* McCONVILLE, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. *Acting Solicitor General Stern* for the United States. *Copal Mintz* for respondent.

No. 372. RICE ET AL. *v.* SAYERS ET AL. C. A. 10th Cir. Certiorari denied. *Emmet A. Blaes* for petitioners. *Harold R. Fatzer,* Attorney General of Kansas, and *James P. Mize* for respondents.